OPINIONS OF THE SUPREME COURT OF OHIO
The full texts of the opinions of the Supreme Court of Ohio are being transmitted electronically beginning May 27, 1992, pursuant to a pilot project implemented by Chief Justice Thomas J. Moyer.

Please call any errors to the attention of the Reporter's Office of the Supreme Court of Ohio. Attention: Walter S. Kobalka, Reporter, or Deborah J. Whitten, Administrative Assistant. Tel.: (614) 466-4961; in Ohio 1-800-826-9010. Your comments on this pilot project are also welcome.

NOTE: Corrections may be made by the Supreme Court to the full texts of the opinions after they have been released electronically to the public. The reader is therefore advised to check the bound volumes of Ohio St.3d published by West Publishing Company for the final versions of these opinions. The advance sheets to Ohio St.3d will also contain the volume and page numbers where the opinions will be found in the bound volumes of the Ohio Official Reports.

Katko, Exr., Appellee, v. Ohio State University Hospital et al., Appellants.
[Cite as Katko v. Ohio State Univ. Hosp. (1993),     Ohio St.3d    .]
Appeal dismissed as improvidently allowed.
(No. 91-2006 -- Submitted January 5, 1993 -- Decided February 3, 1993.)
Appeal from the Court of Appeals for Franklin County, No. 90AP-1117.

Savoy, Bilancini, Flanagan & Kenneally, Jerome J. Savoy and Patrick M. Flanagan, for appellee.
Lee I. Fisher, Attorney General; Emens, Hurd, Kegler & Ritter Co., L.P.A., William J. Brown and Karl W. Schedler, for appellants.
Fulbright & Jaworski and Robert A. Burgoyne; and Joseph A. Keyes, Jr., urging reversal for amicus curiae, Association of American Medical Colleges.
Lee I. Fisher, Attorney General, and John C. Dowling, Assistant Attorney General, urging reversal for amici curiae, University of Cincinnati, Medical College of Ohio and Northeastern Ohio Universities College of Medicine.

The appeal is dismissed, sua sponte, as having been improvidently allowed.
The court orders that the court of appeals' opinion not be published in the Ohio Official Reports, and that it may not be cited as authority except by the parties inter se.
Moyer, C.J., A.W. Sweeney, Douglas, Wright, Resnick, F.E. Sweeney and Pfeifer, JJ., concur.